UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MELGAREJO, RONAL C.

Case No.: 18-34094 (JKS)  
Chapter: 7  
Judge: JOHN K. SHERWOOD

## NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable JOHN K. SHERWOOD on FEBRUARY 19, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 42 Oak Tree lane<br>Sparta, NJ 07871<br><br>Current Market Value: $331,000.00 |
|---|---|

| Liens on property: | $295,930.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u>  
FIRM NAME: <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u>  
ADDRESS: <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u>  
TELEPHONE NO: <u>(973) 597-9100</u>  
SUBMITTED BY: <u>Jay L. Lubetkin</u>   POSITION: <u>Chapter 7 Trustee</u>   PHONE<u>: (973)597-9100</u>  
DATED: <u>January 21, 2019</u>

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 18-34094-JKS
Ronal C. Melgarejo                                              Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                 Page 1 of 2          Date Rcvd: Jan 22, 2019
                               Form ID: pdf905             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
db             +Ronal C. Melgarejo,    PO Box 454,    Sparta, NJ 07871-0454
517910541      +Albino & Clark, LLC,    10 Poplar Tree Lane,    Sparta, NJ 07871-2317
517910543      +Barbara L. Feinberg, Esq.,    9 Union Street,    Rockaway, NJ 07866-3023
517910544      +Diversified Consultant, Inc.,    PO Box 1391,    Southgate, MI 48195-0391
517910547      +MRS BPO, L.L.C,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517910546       Macy's,   PO Box 183083,    Columbus, OH 432183083
517910548      +Paris P. Eliades Law Firm LLC,    48 Sparta Avenue,    Sparta, NJ 07871-1821
517910551       Santander Bank,    PO Box 16255,    Reading, PA 19612-6255
517910557      +Wells Fargo,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200
517910558       Wells Fargo Bank,    MAC N8235-040,    700 Vista Drive,    West Des Moines, IA 50266
517910559       Wells Fargo PL & L Loan Payment,    PO Box 14525,    Des Moines, IA 50306-3525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 01:00:40     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 01:00:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 01:05:15
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
517910542      +E-mail/Text: ally@ebn.phinsolutions.com Jan 23 2019 00:59:38     Ally,    PO Box 380902,
                 Minneapolis, MN 55438-0902
517910549       E-mail/Text: bankruptcyteam@quickenloans.com Jan 23 2019 01:01:02     Quicken Loan, Inc,
                 20555 Victor Pkwy,    Livonia, MI 48152-7031
517910550      +E-mail/Text: bankruptcyteam@quickenloans.com Jan 23 2019 01:01:02     Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
517913199      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 01:05:15     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517910552      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 01:05:49     Synchrony Bank/ Lowes,
                 PO Box 965005,    Orlando, FL 32896-5005
517910553      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 01:05:15     The Home Depot/Citibank,
                 PO Box 105981,    Atlanta, GA 30348-5981
517910554      +E-mail/Text: birminghamtops@sba.gov Jan 23 2019 01:01:05     US Small Business Administration,
                 PO Box 740192,    Atlanta, GA 30374-0192
517910555      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2019 00:59:32
                 Verizon,   PO Box 4830,    Trenton, NJ 08650-4830
517910556      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2019 00:59:33
                 Verizon Wireless,    PO Box 489,   Newark, NJ 07101-0489
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517910545        former wife
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2019 at the address(es) listed below:
             Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
             Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
             Joan Sirkis Warren    on behalf of Debtor Ronal C. Melgarejo joan@joanlaverylaw.com
             Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 22, 2019
                              Form ID: pdf905          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5