**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Ronal C. Melgarejo** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN    xxx–xx–8735
EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN    _ _ _ _
EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    District of New Jersey

Case number:    18–34094–JKS

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronal C. Melgarejo

3/15/19

**By the court:** John K. Sherwood
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:
Ronal C. Melgarejo
          Debtor

Case No. 18-34094-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin        Page 1 of 2       Date Rcvd: Mar 15, 2019
                 Form ID: 318        Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
```
db            +Ronal C. Melgarejo,   PO Box 454,   Sparta, NJ 07871-0454
517910541     +Albino & Clark, LLC,   10 Poplar Tree Lane,   Sparta, NJ 07871-2317
517910543     +Barbara L. Feinberg, Esq.,   9 Union Street,   Rockaway, NJ 07866-3023
517910544     +Diversified Consultant, Inc.,   PO Box 1391,   Southgate, MI 48195-0391
517910547     +MRS BPO, L.L.C,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
517910548     +Paris P. Eliades Law Firm LLC,   48 Sparta Avenue,   Sparta, NJ 07871-1821
517910551      Santander Bank,   PO Box 16255,   Reading, PA 19612-6255
517910558      Wells Fargo Bank,   MAC N8235-040,   700 Vista Drive,   West Des Moines, IA 50266
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2019 23:34:03     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2019 23:34:01     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Mar 16 2019 03:23:00     Synchrony Bank, c/o PRA Recievables Management, LL,
                POB 41021,   Norfolk, VA 23541-1021
517910542     +EDI: GMACFS.COM Mar 16 2019 03:23:00     Ally,   PO Box 380902,   Minneapolis, MN 55438-0902
517910546      EDI: TSYS2.COM Mar 16 2019 03:23:00     Macy's,   PO Box 183083,   Columbus, OH 432183083
517910549      E-mail/Text: bankruptcyteam@quickenloans.com Mar 15 2019 23:34:14     Quicken Loan, Inc,
                20555 Victor Pkwy,   Livonia, MI 48152-7031
517910550     +E-mail/Text: bankruptcyteam@quickenloans.com Mar 15 2019 23:34:14     Quicken Loans,
                1050 Woodward Avenue,   Detroit, MI 48226-1906
517913199     +EDI: RMSC.COM Mar 16 2019 03:23:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517910552     +EDI: RMSC.COM Mar 16 2019 03:23:00     Synchrony Bank/ Lowes,   PO Box 965005,
                Orlando, FL 32896-5005
517910553     +EDI: RMSC.COM Mar 16 2019 03:23:00     The Home Depot/Citibank,   PO Box 105981,
                Atlanta, GA 30348-5981
517910554     +E-mail/Text: birminghamtops@sba.gov Mar 15 2019 23:34:16     US Small Business Administration,
                PO Box 740192,   Atlanta, GA 30374-0192
517910555     +EDI: VERIZONCOMB.COM Mar 16 2019 03:23:00     Verizon,   PO Box 4830,   Trenton, NJ 08650-4830
517910556     +EDI: VERIZONCOMB.COM Mar 16 2019 03:23:00     Verizon Wireless,   PO Box 489,
                Newark, NJ 07101-0489
517910557     +EDI: WFFC.COM Mar 16 2019 03:23:00     Wells Fargo,   3476 Stateview Blvd,
                Fort Mill, SC 29715-7200
517910559      EDI: WFFC.COM Mar 16 2019 03:23:00     Wells Fargo PL & L Loan Payment,   PO Box 14525,
                Des Moines, IA 50306-3525
                                                                              TOTAL: 15
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517910545      former wife

                                                            TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
```
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
          rgaydos@rltlawfirm.com
          Jay L. Lubetkin   on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
          NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Joan Sirkis Warren   on behalf of Debtor Ronal C. Melgarejo joan@joanlaverylaw.com
          Rebecca Ann Solarz   on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
```

District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Mar 15, 2019
                             Form ID: 318              Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5